# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-1076
_____

Donald Patz

Petitioner

v.

Robert P. Houston, Director; Fred Britten, Warden

Respondents

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
_____

**JUDGMENT**

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

     The petition for authorization to file a successive habeas application in the district court is denied.

     The mandate shall issue forthwith.

March 31, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans