# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1076

Donald Patz

Petitioner

v.

Robert P. Houston, Director and Fred Britten, Warden

Respondents

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
_____

## MANDATE

In accordance with the judgment of 03/31/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 31, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit